738

1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. F. W. McReynolds* and *D. M. Kelleher* for respondent.

No. 15, original. Ex parte United States. See *ante,* p. 730.

No. 991. Snowden *v.* Hughes et al. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. William R. Ming, Jr.* and *Joseph E. Snowden* for petitioner. *Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for Edward J. Hughes et al.; and *Mr. Isaac E. Ferguson* for Robert E. Straus et al., Co-Executors,—respondents.

Nos. 945 and 946. Ford Motor Co. *v.* Gordon Form Lathe Co. June 7, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted limited to the first question presented by the petition. *Messrs. Drury W. Cooper* and *I. Joseph Farley* for petitioner. *Messrs. F. O. Richey* and *B. D. Watts* for respondent.

No. 949. Smith *v.* Allwright, Election Judge, et al. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Thurgood Marshall, W. Robert Ming, Jr., George M. Johnson, Leon A. Ransom,* and *Carter Wesley* for petitioner. *Mr. Arthur Garfield Hays* filed a brief on behalf of the American Civil Liberties Union, as *amicus*

*curiae,* in support of the petition.

Nos. 994 and 995.   MERCOID CORPORATION *v.* MINNE-APOLIS-HONEYWELL REGULATOR CO.   June 7, 1943.   Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.   *Mr. Geo. L. Wilkinson* for petitioner.   *Messrs. W. P. Bair* and *Will Freeman* for respondent.

No. 997.   MARVICH *v.* CALIFORNIA ET AL.   June 7, 1943. Petition for writ of certiorari to the Supreme Court of California granted.   *Mike Marvich, pro se.   Mr. Eugene M. Elson* for respondents.

No. 419.   R. SIMPSON & CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE.   See *post,* p. 778.

No. 1010.   ICKES, SECRETARY OF THE INTERIOR, ET AL. *v.* ASSOCIATED INDUSTRIES OF NEW YORK STATE, INC. June 14, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Fahy* and *Messrs. Warner W. Gardner* and *Arnold Levy* for petitioners.   *Mr. Horace R. Lamb* for respondent.

No. 930.   JOHN V. DOBSON *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 931.   E. W. DOBSON *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;